```
 1  PAUL V. SIMPSON, BAR NO. 83878
    JAMIE RUDMAN, BAR NO. 166727
 2  SIMPSON, GARRITY, INNES & JACUZZI
    Professional Corporation
 3  601 Gateway Boulevard, Suite 950
    South San Francisco, CA  94080
 4  Telephone:  (650) 615-4860
    Fax:  (650) 615-4861
 5
    Attorneys for Defendant
 6  DIV 15 TECH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104, | ) Case No. CV 10 2983 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER FOR DISMISSAL** |
| DIV 15 TECH, | ) |
| Defendant. | ) |

{CLIENT FILES\31766\2\00148935.DOC}

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Judgment in the underlying arbitration has been satisfied in full. Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1). Each party will bear its own attorney's fees and cost.

Date: 11-24, 2010

Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: _____
PAUL V. SIMPSON
JAMIE RUDMAN
Attorneys for DEFENDANT
DIV 15 TECH

Date: _____, 2010

ALTSHULER BERZON LLP

By: _____
EILEEN B. GOLDSMITH
Attorneys for PLAINTIFF
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION, LOCAL UNION 104

## [PROPOSED] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Date: _____, 2010

_____
Hon. Jeffrey White
United States District Judge

{CLIENT FILES\31766\2\00148935.DOC}

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Judgment in the underlying arbitration has been satisfied in full. Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1). Each party will bear its own attorney's fees and cost.

Date: _____, 2010

Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: _____
PAUL V. SIMPSON
JAMIE RUDMAN
Attorneys for DEFENDANT
DIV 15 TECH

Date: 11/24, 2010

ALTSHULER BERZON LLP

By: _____
EILEEN B. GOLDSMITH
Attorneys for PLAINTIFF
SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION 104

[PROPOSED] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Date: November 29 2010

_____
Hon. Jeffrey White
United States District Judge

{CLIENT FILES\31766\2\00148935.DOC}

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL